IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL C. ZIMMER, D.C., P.C., individually and on behalf of all others similarly-situated,<br><br>    Plaintiff,<br><br>v.<br><br>INTEGRATED PAIN MANAGEMENT, S.C.,TIAN MEDICAL, INC., TIAN MEDICAL, LLC, DR. TIAN XIA, and JOHN DOES 4-10<br><br>    Defendant. | Cause No. 4:14-CV-01121-HEA |

**PLAINTIFF MICHAEL C. ZIMMER, D.C., P.C.'S DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE OF ITS CLAIM AGAINST DEFENDANTS INTEGRATED PAIN MANAGEMENT, S.C., TIAN MEDICAL, INC., TIAN MEDICAL, LLC, AND DR. TIAN XIA AND DISMISSAL OF INDIVIDUAL CLAIMS WITHOUT PREJUDICE OF ITS CLAIM AGAINST JOHN DOES 4-10**

COMES NOW Plaintiff, Michael C. Zimmer, D.C., P.C.'s, with consent of Defendants Integrated Pain Management, S.C.,Tian Medical, Inc., Tian Medical, LLC and Dr. Tian Xia and pursuant to Rule 41 (a) (1) (A) (ii) hereby dismisses its individual claims against Integrated Pain Management, S.C.,Tian Medical, Inc., Tian Medical, LLC and Dr. Tian Xia **with prejudice**. John Does 4-10 are hereby dismissed **without prejudice**. No notice needs to be issued to the putative class under Rule 23, because there has been no finding that this action can proceed as a class action, and no class has been certified herein.  Each party shall bear their own costs.

**SO ORDERED:**


_____          _____
Judge Henry Edward Autrey                                 DATE

| | |
|---|---|
| /s/ Max G. Margulis | /s/ Heather Bub |
| Max G. Margulis, #24325MO | Heather Bub, #61222MO |
| **MARGULIS LAW GROUP** | SMITHAMUNDSEN LLC |
| 28 Old Belle Monte Rd. | 120 S. Central Avenue, Suite 700 |
| Chesterfield, MO 63017 | St. Louis, MO 63105-1794 |
| P:  (636) 536-7022 - Residential | P: (314) 719-3700 |
| F:  (636) 536-6652 - Residential | F: (314) 719-3707 |
| E-Mail:  MaxMargulis@MargulisLaw.com | Email: hbub@salawus.com |
| | |
| Brian J. Wanca, # 3126474IL | Eric L. Samore (*pro hac vice*) |
| Ross M. Good, # 6322917IL | Erin A. Walsh (*pro hac vice*) |
| Anderson + Wanca | SMITHAMUNDSEN LLC |
| 3701 Algonquin Road, Suite 500 | 150 North Michigan Avenue |
| Rolling Meadows, IL  60008 | Suite 3300 |
| P:  (847) 368-1500 | Chicago, Illinois  60601 |
| F:  (847) 368-1501 | P: (312) 894-3200 |
| E-mail:  bwanca@andersonwanca.com | F: (312) 997-1899 |
| rgood@andersonwanca.com | Email: Esamore@salawus.com |
| *Attorneys for Plaintiff* | EWalsh@salawus.com |
| | |
| | *Attorneys for Defendant*s |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of March, 2017, I submitted the foregoing via this Court's CM/ES system, which served notice of the filing on the Attorneys for Defendants, Heather Bub, #61222MO, SMITHAMUNDSEN LLC, 120 S. Central Avenue, Suite 700, St. Louis, MO 63105-1794, P: (314) 719-3700, Email: hbub@salawus.com and Eric L. Samore (*pro hac vice*), Erin A. Walsh (*pro hac vice*), SMITHAMUNDSEN LLC, 150 North Michigan Ave, Suite 3300, Chicago, Illinois   60601, P: (312) 894-3200, Email: Esamore@salawus.com and EWalsh@salawus.com and a courtesy copy was also served by email.

/s/ Max G. Margulis